Dale Edwin SANDERS,
Plaintiff–Appellee,

v.

Stephen R. FARINA, Defendant–Appellant.

No. 16-1649

United States Court of Appeals,
Fourth Circuit.

Submitted: October 13, 2016

Decided: October 17, 2016

Stephen R. Farina, Appellant Pro Se. John Joseph O'Donnell, Jr., Alexandria, Virginia, for Appellee.

Before NIEMEYER, DUNCAN, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen R. Farina appeals from the district court's orders awarding costs and attorney fees to Dale Sanders pursuant to 28 U.S.C. § 1447(c) (2012), based on Farina's second improper removal of a lawsuit from state court to district court, and denying Farina's motions for reconsideration and for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the rea-

sons stated by the district court. <u>Sanders v. Farina</u>, No. 1:14–cv–01214–TSE–IDD, 2016 WL 1633212 (E.D. Va. Apr. 21, 2016 & filed May 20, 2016; entered May 23, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED